**DISMISS and Opinion Filed July 27, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00146-CV

**LISA LONG, Appellant**
**V.**
**WEHNER MULTIFAMILY, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-02594-D**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Stoddart
Opinion by Justice Lang

Before the Court is the parties' agreed motion to dismiss with prejudice. The parties have settled their differences and ask the Court to enter the attached Order of Dismissal with Prejudice. There is no order attached to the parties' motion. Accordingly, we **GRANT** the parties' motion to the extent that we dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

180146F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LISA LONG, Appellant

No. 05-18-00146-CV          V.

WEHNER MULTIFAMILY, LLC,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-16-02594-D.
Opinion delivered by Justice Lang. Justices
Myers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** with prejudice.

Subject to any agreement between the parties, it is **ORDERED** that appellee WEHNER MULTIFAMILY, LLC recover its costs of this appeal from appellant LISA LONG.

Judgment entered this 27th day of July, 2018.